UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZEPHANIAH COON,

    Plaintiffs,

v.

SAN MATEO COUNTY, et al.,

    Defendants.

Case No. 19-cv-05203-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/5/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  5/29/2021

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/10/2021.

DESIGNATION OF EXPERTS: 5/30/2021; REBUTTAL: 6/16/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/28/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/11/2021;
    Opp. Due: 8/25/2021; Reply Due: 9/1/2021;
    and set for hearing no later than 9/17/2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 11/9/2021 at 3:30 PM.

JURY SELECTION & TRIAL DATE: 11/22/2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: October 19, 2020

_____
SUSAN ILLSTON
United States District Judge

2