MICHAEL R. SEVILLE SBN: 278164
CURTIS L. BRIGGS SBN: 284190
SEVILLE BRIGGS LLP
3330 Geary Blvd. Fl. 3 East
San Francisco, CA 94118
michael@sevillebriggs.com
curtis@sevillebriggs.com
Tele: 415.324.8733

Attorneys for Plaintiff
ZEPHANIAH COON

JOHN C. BEIERS, COUNTY COUNSEL SBN:144282
PAUL S. SHENG SBN:199785
DANIEL McCLOSKEY SBN: 191944
Hall of Justice and Records
400 County Center, 6th Floor
Tele: (650) 363-4792
psheng@smcgov.org
dmccloskey@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, BLAKE LYCETT,
ANTHONY OVALLE, CONNOR DEL VISCO,
ADAM SCHERSHEL, and MICHAEL
HEDGECOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEPHANIAH COON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN MATEO; a municipal corporation; BLAKE LYCETT, individually and as a deputy sheriff; ANTHONY OVALLE, individually and as a correctional officer; CONNOR DELVISCO, individually and as a correctional officer; ADAM SCHERSHEL, individually and as a deputy sheriff; MICHAEL HEDGECOCK, individually and as a correctional officer, inclusive.<br><br>　　　　Defendants | Case No. 19-cv-05203-SI<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** ; ORDER ON STIPULATION<br><br>Courtroom: 01, 17th Floor<br>San Francisco, California<br>Judge: Hon. Susan Illston<br><br>TRIAL DATE: NOVEMBER 22, 2021 |

Case No. 19-cv-05203-SI

**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE PER FRCP RULE 41(A)(1)(A)(II)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zephaniah Coon ("Plaintiff") and Defendants County of San Mateo, Blake Lycett, Anthony Ovalle, Connor Del Visco, Adam Schershel and Michael Hedgecock, which constitute all parties to the above-captioned action, hereby stipulate through their undersigned counsel of record, to the dismissal of this action, with prejudice.

Dated: December 10, 2020                SEVILLE BRIGGS, LLP

By: _____/s/ Michael R. Seville_____
  MICHAEL R. SEVILLE
  Attorney for Plaintiff
  ZEPHANIAH COON

Dated: December 10, 2020                JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/ Daniel T. McCloskey_____
  Paul S. Sheng, Deputy
  Daniel T. McCloskey, Deputy
  Attorneys for Defendants
  COUNTY OF SAN MATEO, BLAKE LYCETT, ANTHONY OVALLE, CONNOR DEL VISCO, ADAM SCHERSHEL, and MICHAEL HEDGECOCK



Dated: December 14, 2020

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.**

Case No. 19-cv-05203-SI                1
**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE PER FRCP RULE 41(A)(1)(A)(II)**